IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL VERNON BELL,
    Plaintiff,

vs.                                                      Case No.:  3:11cv63/LAC/CJK

DAVID MORGAN, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Plaintiff commenced this civil rights action on February 4, 2011, by filing a complaint under 42 U.S.C. § 1983, and a motion to proceed *in forma pauperis*.  (Docs. 1 & 2)  Plaintiff was granted leave to proceed *in forma pauperis* (doc. 4) and on June 24, 2011, was directed to amend his complaint within thirty (30) days because of deficiencies.  (Doc. 7)  Plaintiff, however, failed to respond or explain his inability to do so and on August 2, 2011, was given 14 days to show cause why this case should not be dismissed for failure to prosecute.  (Doc. 8)  To date, plaintiff has failed to respond or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

1.    That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 26th day of September, 2011.

/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).